**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02358-RPM-MJW

EVARISTO LOPEZ,

      Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is a

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: January 27th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge